■ JOSEPH P. BARONE, Respondent, v GLADYS GHERARDI, Appellant.—Appeal by the defendant from an order of the Supreme Court, Queens County, dated January 6, 1987, which granted the plaintiff's motion for summary judgment.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Graci in his memorandum decision dated October 30, 1986. Mangano, J. P., Bracken, Brown and Kunzeman, JJ., concur.